UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ADAN ALI AHMED, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:18-cv-00528-LSC-HNJ |
| ) | |
| JEFF. B. SESSIONS, ATTORNEY ) | |
| GENERAL and SCOTT HASSELL, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

Petitioner, Adan Ali Ahmed, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc. 1). Respondents move to dismiss the action as moot based on Petitioner's July 5, 2018, release from ICE custody. (Doc. 11).

Respondents support the motion with a declaration by Bryan S. Pitman, an ICE Supervisory Detention and Deportation Officer. (Doc. 11-1). Pitman's review of Petitioner's detention history on the ICE database confirms his July 5, 2018, release. (*Id.* at 1).[1] A certified copy of Petitioner's detention history obtained from

---

[1] A certified copy of Petitioner's detention history obtained from the official U.S. Immigration and Customs Enforcement database corroborates Pitman's testimony to the extent he testifies about Petitioner's July 5, 2018, release on an order of supervision. (*Id.* at 1-2).

1

the official U.S. Immigration and Customs Enforcement ("ICE") database corroborates Pitman's testimony to the extent he testifies about Petitioner's July 5, 2018, release on an order of supervision. (*Id.* at 2-3). However, the document also shows the ICE Oakdale Processing Center in LaSalle, Louisiana, released Petitioner to the Port Isabel Service Processing Center at "27991 Buena Vista Boulevard, Los Fresnos, TX [78566]." *Id.* at 2. Therefore, on October 1, 2018, the magistrate judge ordered Respondents to provide Petitioner's current address. (Doc. 13). On October 19, 2018, Respondents provided the declaration of Mr. Pitman, who attests that his review of the ICE computer database shows Petitioner left the following forwarding address: 1567 Alconbury Road, Apt. F., Baltimore, MD 21221. (Doc. 14-1).

Petitioner's release on an Order of Supervision renders his petition seeking that very relief moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

A separate order will be entered.

**DONE** AND **ORDERED** ON NOVEMBER 1, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　L. SCOTT COOGLER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

160704